IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL DAVIS TERRY**                                                                                  **PLAINTIFF**
**ADC #149998**

v.                                    Case No: 2:23-CV-00130-LPR

**ELEY,** *Mental Health Advisor,*
***EARU Max/Wellpath, ADC***                                                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 13th day of November 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE